IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

GALENA MARIE OJIEM,

                Plaintiff,

-v-                                    5:23-CV-1007 (DJS)

MARTIN O'MALLEY,
Commissioner of Social Security,

                Defendant.

## STIPULATION FOR REMAND

**IT IS HEREBY STIPULATED AND AGREED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freeman, United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Elizabeth V. Lombardi, Esq., attorney for Plaintiff, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ shall further evaluate the medical evidence of record, offer Plaintiff an opportunity for a new hearing, take any further action necessary to complete the administrative record, and issue a new decision. The Clerk is directed to enter judgment. *See Shalala v. Schaefer,* 509 U.S. 292 (1993).

Dated: February 22, 2024
       Syracuse, New York

The undersigned hereby consent to the form and entry of the within order.

| | |
|---|---|
| CARLA B. FREEMAN<br>United States Attorney | LEGAL AID SOCIETY<br>Attorney for Plaintiff |
| By: */s/ Vernon Norwood*<br>Vernon Norwood<br>Special Assistant U.S. Attorney<br>Bar No. 513792<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-9471<br>vemon.norwood@ssa.gov | By: */s/ Elizabeth Lombardi*<br>Elizabeth V. Lombardi, Esq.<br>221 South Warren Street, suite 310<br>Syracuse, N.Y. 13202<br>(315) 703-6657<br>betsy.lombardi@lasmny.org |

SO ORDERED:

_____
HON. DANIEL J. STEWART
United States Magistrate Judge

Dated: Feb., 23, 2024