# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Galena Marie Ojiem**
        Plaintiff(s)

vs.                       **CASE NUMBER: 5:23-cv-1007 (DJS)**

**Martin J. O'Malley**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR REMAND pursuant to sentence of 42 U.S.C. § 405(g) re 13 Stipulation filed by Galena Marie Ojiem IT IS ORDERED that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the ALJ shall further evaluate the medical evidence of record, offer Plaintiff an opportunity for a new hearing, take any further action necessary to complete the administrative record, and issue a new decision.

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated February 23, 2024.

DATED: February 26, 2024

*John Domurad*
Clerk of Court

                                                         s/Kathy Rogers
                                                         Deputy Clerk