IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

GALENA M. OJIEM,
          Plaintiff,          5:23-CV-01007 (DJS)

  -v-

MARTIN O'MALLEY[1],
COMMISSIONER OF SOCIAL SECURITY,
          Defendant.

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for Carla B. Freeman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Elizabeth V. Lombardi, Esq., attorney for the Plaintiff, that the Commissioner of Social Security shall pay Plaintiff the sum of **$4,649.94** in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as this case was filed *in forma pauperis*.

DATED: Syracuse, New York, March 13, 2024

| | |
|---|---|
| CARLA B. FREEMAN<br>United States Attorney | LEGAL AID SOCIETY OF MID-NEW YORK<br>Attorneys for Plaintiff |
| BY: */s/ Vernon Norwood*<br>VERNON NORWOOD<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration | BY: */s/ Elizabeth Lombardi*<br>ELIZABETH LOMBARDI, Esq.<br>221 South Warren Street, suite 310<br>Syracuse, New York 13202<br>(315) 703-6657<br>Betsy.Lombardi@lasmny.org |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

6401 Security Boulevard
Baltimore, Maryland 21235
(212) 264-9471
vernon.norwood@ssa.gov


IT IS SO ORDERED:

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated:   3/15/2024
            Albany, NY