# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Galena Marie Ojiem**
       Plaintiff(s)

vs.                                                              CASE NUMBER:

**Martin J. O'Malley**
**Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON STIPULATION FOR ATTORNEY FEES. IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated March 15, 2024.

DATED: March 18, 2024

_____
Clerk of Court

s/Kathy Rogers
Deputy Clerk